IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DONALD PADILLA,**

      **Plaintiff,**

**v.**                                                 **No. CV 10–1234 LAM/DJS**

**MICHAEL J. ASTRUE,**
Commissioner of the Social
Security Administration,

      **Defendant.**

### ORDER GRANTING IN PART UNOPPOSED MOTION FOR EXTENSION OF TIME

      **THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion for Extension of Time* (*Doc. 15*), filed July 7, 2011.  The Court held a hearing in this case on July 11, 2011, at which Plaintiff and his counsel appeared in person, and counsel for Defendant appeared telephonically.  Having considered the motion, record of this case, and the parties' statements at the July 11, 2011 hearing, the Court **FINDS** that the motion should be **GRANTED in part** for the reasons stated at the July 11, 2011 hearing.  See *Clerk's Minutes* *(Doc. 16)*.

      **IT IS THEREFORE ORDERED** that Plaintiff's *Unopposed Motion for Extension of Time* (*Doc. 15*) is **GRANTED in part**, and Plaintiff must file his Motion to Reverse or Remand Agency Decision by ***July 22, 2011***; Defendant must file his response to the motion by *September 22, 2011*; and Plaintiff must file his reply to the response by *October 6, 2011*.

      **IT IS SO ORDERED.**

                                                              */s/ Lourdes A. Martínez*
                                                              **LOURDES A. MARTÍNEZ**
                                                              **UNITED STATES MAGISTRATE JUDGE**